438 A.2d 652

Commonwealth v. Seifert, Jr., Appellant.

Argued December 1, 1980. Susan S. Flynn, Assistant Public Defender, for appellant; Michael S. Goodwin, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

438 A.2d 652

Commonwealth v. Semick, Jr., Appellant.

Argued February 4, 1981. Ann Kane Seidman, for appellant; Kristine F. Hughey, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.